**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MULVEY, THOMAS L | § | Case No. 10-52338 |
| MULVEY, KRISTIN L | § | |
| | § | |
| Debtor(s) MULVEY, KRISTIN BELL | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/20/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building, 57 North Ottawa Street, Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  06/14/2012          By:  /s/DEBORAH K. EBNER
                                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MULVEY, THOMAS L | § | Case No. 10-52338 |
| MULVEY, KRISTIN L | § | |
| | § | |
| Debtor(s) MULVEY, KRISTIN BELL | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 116,306.00 |
| *and approved disbursements of* | $ 83,338.00 |
| *leaving a balance on hand of* [1] | $ 32,968.00 |
| **Balance on hand:** | $ 32,968.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 32,968.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 9,065.30 | 0.00 | 9,065.30 |
| Trustee, Expenses - DEBORAH K. EBNER | 62.18 | 0.00 | 62.18 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 925.00 | 0.00 | 925.00 |
| Attorney for Trustee, Expenses - Joshua D Greene | 228.42 | 0.00 | 228.42 |
| Accountant for Trustee, Fees - LOIS WEST | 1,587.00 | 0.00 | 1,587.00 |
| Attorney for Trustee Fees - Joshua D Greene | 5,272.50 | 0.00 | 5,272.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 17,140.40 |
| Remaining balance: | $ 15,827.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:                                           $     15,827.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $          0.00
Remaining balance:                     $     15,827.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 858,041.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,251.11 | 0.00 | 133.77 |
| 2 | TARGET NATIONAL BANK | 155.89 | 0.00 | 2.88 |
| 3 | FIRST COMMUNITY BANK OF JOLIET | 161,830.87 | 0.00 | 2,985.16 |
| 4 | Chase Bank USA, N.A. | 3,618.88 | 0.00 | 66.75 |
| 5 | American InfoSource LP as agent for Citibank N.A. | 546.35 | 0.00 | 10.08 |
| 6 | Capital One Bank (USA), N.A. | 7,901.20 | 0.00 | 145.75 |
| 7 | Capital One Bank (USA), N.A. | 2,993.78 | 0.00 | 55.22 |
| 8 | American InfoSource LP as agent for Citibank N.A. | 94.12 | 0.00 | 1.74 |
| 9 | American Infosource Lp As Agent for | 1,073.23 | 0.00 | 19.80 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| | Wfnnb | | | |
| 10 | American Infosource Lp As Agent for Wfnnb | 542.91 | 0.00 | 10.01 |
| 11 | Harris N.A. | 521,868.05 | 0.00 | 9,626.47 |
| 12 | sallie mae | 97,175.40 | 0.00 | 1,792.51 |
| 13 | Chase Bank USA, N.A. | 429.16 | 0.00 | 7.92 |
| 14 | Chase Bank USA, N.A. | 196.84 | 0.00 | 3.63 |
| 15 | Chase Bank USA, N.A. | 6,118.56 | 0.00 | 112.86 |
| 16 | Chase Bank USA, N.A. | 6,144.76 | 0.00 | 113.35 |
| 17 | Abri Credit Union f/k/a Prairie Trail Credit Union | 1,811.11 | 0.00 | 33.41 |
| 18 | PYOD LLC its successors and assigns Citibank | 18,221.67 | 0.00 | 336.12 |
| 19 | PYOD LLC its successors and assigns Citibank | 935.36 | 0.00 | 17.25 |
| 20 | FIA Card Services, NA/Bank of America | 19,132.62 | 0.00 | 352.92 |

Total to be paid for timely general unsecured claims: $ 15,827.60
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                               United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                    Case No. 10-52338-BWB
Thomas L Mulvey
Kristin L Mulvey                                                          Chapter 7
         Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: dramey                 Page 1 of 3            Date Rcvd: Jun 18, 2012
                               Form ID: pdf006              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2012.
db/jdb       +Thomas L Mulvey,    Kristin L Mulvey,    3225 Rosemont Drive,     Joliet, IL 60431-4944
18621834     +ABRI CREDIT UNION F/K/A PRAIRIE TRAIL CU,     c/o TRUNKETT & TRUNKETT, P.C.,    20 N.WACKER DR #1434,
               CHICAGO, IL 60606-2906
16792661     +Abri Credit Union f/k/a Prairie Trail Credit Union,     C/O Its Attorney Steven Plato Troy,
               116 North Chicago Street,    Suite 202,    Joliet,Illinois 60432-4207
16463189      Capital One Services,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
16463190     +Carly M. McEntee,    Chapman and Cutler LLP,    111 W Monroe Street,    Chicago, IL 60603-4080
16677230      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16463191      Chase Mastercard,    P. O. Box 15298,    Wilmington, DE 19850-5298
16463192     +Chase-Pier One,    Po Box 15298,    Wilmington, DE 19850-5298
16463193     +Chrysler Financial Services,    Americas LLC,    c/o Riezman Berger P C,    7700 Bonhomme Ave 7th Fl,
               St Louis MO 63105-1960
16463194      CitiBank,   PO Box 6248,    Sioux Falls, SD 57117-6248
16463195     +Citibank/Exxon Mobil,    Po Box 6497,    Sioux Falls, SD 57117-6497
16463196     +Citibank/J Jill Credit Plan,    Po Box 6497,    Sioux Falls, SD 57117-6497
16463197     +Citibank/Shell Credit,    PO Box 6497,    Sioux Falls, SD 57117-6497
16463200      Encore Receivables Management,     P.O. Box 3330,    Olathe, KS 66063-3330
16666357     +FIRST COMMUNITY BANK OF JOLIET,    c/o Steven Plato Troy Its’Attorney,     116 North Chicago Street,
               Suite 202,   Joliet,Illinois 60432-4207
16463201     +First Community Bank of Joliet,     2801 Black Rd,    Joliet, IL 60435-2929
16463202     +Harris & Harris Ltd.,    222 Merchandise Mart Plaza,    Suite # 1900,    Chicago, IL 60654-1421
16761994     +Harris N.A.,    111 W. Monroe St.,    Chicago, IL 60603-4095
16463203     +Harris N.A.,    3800 W Golf Road # 300,    Attn: Bankruptcy Dept,    Rolling Meadows, IL 60008-4005
16463204     +Hometown National Bank,    722 Essington Road,     Joliet, IL 60435-4919
16463205      Laboratory & Pathology Diagnostics,     Department 4387,    Carol Stream, IL 60122-0001
16463209      PNC Mortgage Company,    P.O. Box 1820,    Dayton, OH 45401-1820
16463208     +Pierce & Associates, P.C.,    1 N Dearborn Street # 1300,     Chicago, IL 60602-4373
16463210     +Provena - St Joseph Medical Ctr,     333 N Madison Street,    Joliet, IL 60435-8233
16463212     +Scott C Woodruff,    370 Houbolt Road,    Suite 102,    Joliet, IL 60431-8303
16463213     +Scott C. Woodruff, DC,    370 Houbolt Road # 102,     Joliet, IL 60431-8303
16463214      Souma Diagnostic,    PO Box 110690,    Chicago, IL 60611
16463215     +Target,    P.O. Box 1327,   Minneapolis, MN 55440-1327
16463216     +Timmy L. Felker,    2180 Farmstone Drive,    Diamond, IL 60416-5006
16463217     +Timothy Brophy,    1800 Mason Avenue,    Joliet, IL 60435-5661
16463218      US Department of Education,    PO Box 530260,     Atlanta, GA 30353-0260
16463221     +WFNNB- Eddie Bauer,    PO Box 182125,    Bankruptcy Dept,    Columbus, OH 43218-2125
16463222     +WFNNB/Limited,    Po Box 182125,    Bankruptcy department,    Columbus, OH 43218-2125
16463220     +Wells Fargo Business,    P.O. Box 348750,    Sacramento, CA 95834-8750
16463223     +Will County Clerk,    302 N Chicago Street,    Joliet, IL 60432-4078
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16463187     +E-mail/Text: BKRPT@RETRIEVALMASTERS.COM Jun 19 2012 03:39:49       AMCA Collection,
               2269 S Saw Mill River Rd Bldg 3,    Elmsford, NY 10523-3848
16463186     +E-mail/Text: BKO@ABRICU.com Jun 19 2012 05:09:34       Abri Credit Union,
               2350 West McDonough Street,    Joliet, IL 60436-1089
17542477      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2012 04:45:53
               American InfoSource LP as agent for Citibank N.A.,     PO Box 248840,
               Oklahoma City, OK  73124-8840
16678756      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2012 11:35:34
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16690768      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2012 04:45:49
               American Infosource Lp As Agent for Wfnnb,     As Assignee of,    Eddie Bauer,    PO Box 248872,
               Oklahoma City, OK  73124-8872
16690781      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2012 11:35:33
               American Infosource Lp As Agent for Wfnnb,     As Assignee of,    Limited,    PO Box 248872,
               Oklahoma City, OK  73124-8872
16678878      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2012 05:05:40       Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 248839,    Oklahoma City, OK  73124-8839
16463198      E-mail/Text: clerical.department@yahoo.com Jun 19 2012 04:34:03
               Creditors Collection Bureau Inc,    P.O. Box 63,    Kankakee, IL 60901-0063
16463199      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 19 2012 11:27:27       Discover Card Services,
               P.O. Box 15192,   Wilmington, DE 19850
16595289      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 19 2012 11:27:27       Discover Bank,
               Dfs Services LLC,    PO Box 3025,   New Albany, OH  43054-3025
16991423      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2012 11:35:34
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16463206     +E-mail/Text: bankrup@nicor.com Jun 19 2012 03:05:39       Nicor Gas,    P.O. Box 549,
               Aurora, IL 60507-0549
16463207      E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2012 02:26:37       Old Navy,    PO Box 530942,
               Atlanta, GA 30353-0942
```

```
District/off: 0752-1          User: dramey            Page 2 of 3            Date Rcvd: Jun 18, 2012
                              Form ID: pdf006         Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
16899985     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 19 2012 02:34:02
              PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
              c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16463211     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 19 2012 05:28:07      Sallie Mae Servicing,
              P.O. Box 9500,   Wilkes Barre, PA 18773-9500
16631008     +E-mail/Text: bncmail@w-legal.com Jun 19 2012 05:55:24     TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
16463219     +E-mail/Text: bpeterson@vikingservice.com Jun 19 2012 04:30:53      Viking Collection Service Inc.,
              7500 Office Ridge Circle,   Eden Prairie, MN 55344-3783
16783457     +E-mail/PDF: pa_dc_claims@salliemae.com Jun 19 2012 05:28:07      sallie mae,   c/o sallie mae inc.,
              220 lasley ave.,   wilkes-barre pa 18706-1496
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16463188     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1         User: dramey              Page 3 of 3                  Date Rcvd: Jun 18, 2012
                             Form ID: pdf006           Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2012 at the address(es) listed below:

```
              Deborah   Kanner Ebner    dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              John A Reed    on behalf of Debtor Thomas Mulvey barbf@thebankruptcylaw.com
              Joshua D Greene    on behalf of Trustee Deborah Kanner Ebner jgreene@springerbrown.com,
               sellis@springerbrown.com
              Kathryn A Klein    on behalf of Creditor  Chrysler Financial Services Americas, L.L.C. f/k/a
               DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com,
               riezmanberger@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yanick  Polycarpe    on behalf of Creditor  PNC Bank, N.A. ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 6
```