**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re: MULVEY, THOMAS L          Case No. 10-52338
      MULVEY, KRISTIN L
      MULVEY, KRISTIN BELL          Chapter 7
                Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $256,437.00                    Assets Exempt: $38,224.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $97,697.60      Claims Discharged
                                                    Without Payment: $3,472,550.90

Total Expenses of Administration: $18,608.40

---

    3) Total gross receipts of $ 116,306.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $116,306.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $203,589.00 | $81,345.00 | $81,345.00 | $81,345.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,133.40 | 18,608.40 | 18,608.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,100.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,883,335.63 | 858,041.87 | 858,041.87 | 16,352.60 |
| **TOTAL DISBURSEMENTS** | $3,089,024.63 | $958,520.27 | $957,995.27 | $116,306.00 |

4) This case was originally filed under Chapter 7 on November 23, 2010. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2012           By: /s/DEBORAH K. EBNER
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate located at 1211 Cassie, Illinois of | 1110-000 | 116,306.00 |
| **TOTAL GROSS RECEIPTS** | | **$116,306.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| SECURED | PNC Mortgage Company | 4110-000 | N/A | 61,345.00 | 61,345.00 | 61,345.00 |
| SECURED | Harris N/A | 4110-000 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| NOTFILED | Chrysler Financial | 4110-000 | 3,212.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortgage Company | 4110-000 | 164,479.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC Mortagage Company | 4110-000 | 35,898.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$203,589.00** | **$81,345.00** | **$81,345.00** | **$81,345.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 9,065.30 | 9,065.30 | 9,065.30 |
| DEBORAH K. EBNER | 2200-000 | N/A | 62.18 | 62.18 | 62.18 |
| Illinois Dept. of Revenue | 2690-000 | N/A | 536.00 | 536.00 | 536.00 |
| Illinois Dept. of Revenue | 2690-000 | N/A | 536.00 | 536.00 | 536.00 |
| U. S. Treasury | 2690-000 | N/A | 323.00 | 323.00 | 323.00 |
| U. S. Treasury | 2690-000 | N/A | 323.00 | 323.00 | 323.00 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 925.00 | 400.00 | 400.00 |
| Joshua D Greene | 3110-000 | N/A | 5,272.50 | 5,272.50 | 5,272.50 |
| Joshua D Greene | 3120-000 | N/A | 228.42 | 228.42 | 228.42 |
| LOIS WEST | 3410-000 | N/A | 1,587.00 | 1,587.00 | 1,587.00 |
| North Star Trust Co | 2500-000 | N/A | 175.00 | 175.00 | 175.00 |
| Apprasial fee | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $19,133.40 | $18,608.40 | $18,608.40 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Will County Clerk | 5800-000 | 2,100.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,100.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,225.00 | 7,251.11 | 7,251.11 | 138.19 |
| 2 | TARGET NATIONAL BANK | 7100-000 | 231.00 | 155.89 | 155.89 | 2.97 |
| 3 | FIRST COMMUNITY BANK OF JOLIET | 7100-000 | N/A | 161,830.87 | 161,830.87 | 3,084.18 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 3,618.00 | 3,618.88 | 3,618.88 | 68.97 |
| 5 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | N/A | 546.35 | 546.35 | 10.41 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | 7,866.00 | 7,901.20 | 7,901.20 | 150.58 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 3,135.00 | 2,993.78 | 2,993.78 | 57.06 |
| 8 | American InfoSource LP as agent for Citibank N.A. | 7100-000 | 133.00 | 94.12 | 94.12 | 1.79 |
| 9 | American Infosource Lp As Agent for Wfnnb | 7100-000 | 1,022.00 | 1,073.23 | 1,073.23 | 20.45 |
| 10 | American Infosource Lp As Agent for Wfnnb | 7100-000 | 596.00 | 542.91 | 542.91 | 10.35 |
| 11 | Harris N.A. | 7100-000 | N/A | 521,868.05 | 521,868.05 | 9,945.78 |
| 12 | sallie mae | 7100-000 | 95,867.00 | 97,175.40 | 97,175.40 | 1,851.97 |
| 13 | Chase Bank USA, N.A. | 7100-000 | 429.00 | 429.16 | 429.16 | 8.18 |
| 14 | Chase Bank USA, N.A. | 7100-000 | 167.00 | 196.84 | 196.84 | 3.75 |
| 15 | Chase Bank USA, N.A. | 7100-000 | 6,234.00 | 6,118.56 | 6,118.56 | 116.61 |
| 16 | Chase Bank USA, N.A. | 7100-000 | 6,295.00 | 6,144.76 | 6,144.76 | 117.11 |
| 17 | Abri Credit Union f/k/a Prairie Trail Credit Union | 7100-000 | 80,000.00 | 1,811.11 | 1,811.11 | 34.52 |
| 18 | PYOD LLC its successors and assigns Citibank | 7100-000 | 19,621.00 | 18,221.67 | 18,221.67 | 347.27 |
| 19 | PYOD LLC its successors and assigns Citibank | 7100-000 | 903.00 | 935.36 | 935.36 | 17.83 |
| 20 | FIA Card Services, NA/Bank of America | 7100-000 | 19,132.00 | 19,132.62 | 19,132.62 | 364.63 |
| NOTFILED | Scott C Woodruff | 7100-000 | 932.00 | N/A | N/A | 0.00 |
| NOTFILED | Old Navy | 7100-000 | 124.00 | N/A | N/A | 0.00 |
| NOTFILED | Provena-St Joseph Medical Center | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott C Woodruff | 7100-000 | 544.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 59.61 | N/A | N/A | 0.00 |
| NOTFILED | Timothy Brophy | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Souma Diagnostic | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N/A | 7100-000 | 676,911.79 | N/A | N/A | 0.00 |
| NOTFILED | Harris N/A | 7100-000 | 609,839.95 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Business | 7100-000 | 15,070.17 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Timmy L Felker | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | US Department of Education | 7100-000 | 9,036.00 | N/A | N/A | 0.00 |
| NOTFILED | Hometown National Bank | 7100-000 | 48,035.52 | N/A | N/A | 0.00 |
| NOTFILED | Laboratory & Pathology Diagnostics | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Joliet | 7100-000 | 512,618.61 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Joliet | 7100-000 | 147,726.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Joliet | 7100-000 | 97,415.04 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Joliet | 7100-000 | 223,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/J Jill Plan | 7100-000 | 239.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Joliet | 7100-000 | 233,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Community Bank of Joliet | 7100-000 | 54,810.94 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$2,883,335.63** | **$858,041.87** | **$858,041.87** | **$16,352.60** |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-52338  
**Case Name:** MULVEY, THOMAS L  
MULVEY, KRISTIN L  
**Period Ending:** 12/09/12  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 11/23/10 (f)  
**§341(a) Meeting Date:** 12/22/10  
**Claims Bar Date:** 03/24/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at 3225 Rosemont, Illinois o | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Real estate located at 212 Willow--- Jol, of Lan | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Real estate located at 1211 Cassie, Illinois of | 140,000.00 | 104,102.00 | | 116,306.00 | FA |
| 4 | Cash on hand. | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account located at First Community Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings account located at First Community Bank | 10.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking account at Hometown Bank | 300.00 | 200.00 | DA | 0.00 | FA |
| 8 | Checking account with Abri Credit Union | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | Household goods and furnishings, including audio | 500.00 | 0.00 | DA | 0.00 | FA |
| 10 | Books, pictures and other art objects, antiques, | 150.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wearing apparel. | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | Furs and jewelry. | 150.00 | 0.00 | DA | 0.00 | FA |
| 13 | Firearms and sports, photographic and other hobb | 150.00 | 0.00 | DA | 0.00 | FA |
| 14 | Wife's pension at place of employment | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | H's 401k through place of employment | Unknown | 0.00 | DA | 0.00 | FA |
| 16 | Stock in Community Bank & Caterpillar | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 33 1/3 % Interest in Dow Realty | 1.00 | 0.00 | DA | 0.00 | FA |
| 18 | 33 1/3 % Interest in Dow Mortgage | 1.00 | 1.00 | DA | 0.00 | FA |
| 19 | 2006 Chrysler Mini Van | 6,400.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2001 Chrysler Sebring | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 21 | 2001 Chrysler T & C Van | 300.00 | 0.00 | DA | 0.00 | FA |
| 22 | Miscellaneous computer equipment | 250.00 | 0.00 | DA | 0.00 | FA |
| 22 | Assets Totals (Excluding unknown values) | **$396,437.00** | **$104,303.00** | | **$116,306.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee investigating with Harris Bank for sale of right, title and interest in trust corp.s; Trustee continues to wait for Debtor's appraisal.

Printed: 12/09/2012 11:40 PM     V.13.04

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-52338
**Case Name:** MULVEY, THOMAS L
MULVEY, KRISTIN L
**Period Ending:** 12/09/12

**Trustee:** (330480) DEBORAH K. EBNER
**Filed (f) or Converted (c):** 11/23/10 (f)
**§341(a) Meeting Date:** 12/22/10
**Claims Bar Date:** 03/24/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2017      **Current Projected Date Of Final Report (TFR):** June 14, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** 10-52338 | **Trustee:** | DEBORAH K. EBNER (330480) |
| **Case Name:** MULVEY, THOMAS L | **Bank Name:** | The Bank of New York Mellon |
| MULVEY, KRISTIN L | **Account:** | 9200-******71-66 - Checking Account |
| **Taxpayer ID #:** **-***6088 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 12/09/12 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/12 | | Thomas Mulvey | Sale proceeds | | 116,031.00 | | 116,031.00 |
| | {3} | | 116,306.00 | 1110-000 | | | 116,031.00 |
| | | North Star Trust Co | -175.00 | 2500-000 | | | 116,031.00 |
| | | Apprasial fee | -100.00 | 2500-000 | | | 116,031.00 |
| 03/13/12 | 101 | PNC Mortgage Company | Payoff per closing statement | 4110-000 | | 61,223.39 | 54,807.61 |
| 03/13/12 | 102 | Harris N/A | Per closing statement | 4110-000 | | 20,000.00 | 34,807.61 |
| 03/19/12 | 103 | PNC Mortgage Company | Per Diem | 4110-000 | | 121.61 | 34,686.00 |
| 03/20/12 | 104 | Illinois Dept. of Revenue | Estate of Mulvey 10-52338/ 38-7026088 | 2690-000 | | 536.00 | 34,150.00 |
| 03/20/12 | 105 | U. S. Treasury | Estate of Mulvey | 2690-000 | | 323.00 | 33,827.00 |
| 03/20/12 | 106 | Illinois Dept. of Revenue | Estate of  K. Mulvey | 2690-000 | | 536.00 | 33,291.00 |
| 03/20/12 | 107 | U. S. Treasury | Estate of K. Mulvey | 2690-000 | | 323.00 | 32,968.00 |
| 08/21/12 | 108 | DEBORAH K. EBNER | Dividend paid 100.00% on $62.18, Trustee Expenses;  Reference: Voided on 08/22/12 | 2200-000 | | ! 62.18 | 32,905.82 |
| 08/21/12 | 109 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $925.00, Attorney for Trustee Fees (Trustee Firm);  Reference: Voided on 08/22/12 | 3110-000 | | ! 925.00 | 31,980.82 |
| 08/21/12 | 110 | Deborah K. Ebner | Dividend paid 100.00% on $9,065.30, Trustee Compensation;  Reference: Voided on 08/22/12 | 2100-000 | | ! 9,065.30 | 22,915.52 |
| 08/21/12 | 111 | Joshua D Greene | Dividend paid 100.00% on $5,272.50, Attorney for Trustee Fees (Trustee Firm);  Reference: Voided on 08/22/12 | 3110-000 | | ! 5,272.50 | 17,643.02 |
| 08/21/12 | 112 | LOIS WEST | Dividend paid 100.00% on $1,587.00, Accountant for Trustee Fees (Other Firm); Reference: Voided on 08/22/12 | 3410-000 | | ! 1,587.00 | 16,056.02 |
| 08/21/12 | 113 | Joshua D Greene | Dividend paid 100.00% on $228.42, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 08/22/12 | 3120-000 | | ! 228.42 | 15,827.60 |
| 08/21/12 | 114 | Discover Bank | Dividend paid   1.84% on $7,251.11; Claim# 1; Filed: $7,251.11; Reference: Voided on 08/22/12 | 7100-000 | | ! 133.77 | 15,693.83 |
| 08/21/12 | 115 | FIRST COMMUNITY BANK OF JOLIET | Dividend paid   1.84% on $161,830.87; Claim# 3; Filed: $161,830.87; Reference: Voided on 08/22/12 | 7100-000 | | ! 2,985.16 | 12,708.67 |
| 08/21/12 | 116 | Chase Bank USA, N.A. | Dividend paid   1.84% on $3,618.88; Claim# 4; Filed: $3,618.88; Reference: | 7100-000 | | ! 66.75 | 12,641.92 |

Subtotals :  $116,031.00   $103,389.08

{} Asset reference(s)        !-Not printed or not transmitted                                              Printed: 12/09/2012 11:40 PM    V.13.04

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-52338 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | MULVEY, THOMAS L | | Bank Name: | The Bank of New York Mellon |
| | MULVEY, KRISTIN L | | Account: | 9200-******71-66 - Checking Account |
| Taxpayer ID #: | **-***6088 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided on 08/22/12 | | | | |
| 08/21/12 | 117 | American InfoSource LP as agent for Citibank N.A. | Dividend paid 1.84% on $546.35; Claim# 5; Filed: $546.35; Reference: Voided on 08/22/12 | 7100-000 | | ! 10.08 | 12,631.84 |
| 08/21/12 | 118 | Capital One Bank (USA), N.A. | Dividend paid 1.84% on $7,901.20; Claim# 6; Filed: $7,901.20; Reference: Voided on 08/22/12 | 7100-000 | | ! 145.75 | 12,486.09 |
| 08/21/12 | 119 | Capital One Bank (USA), N.A. | Dividend paid 1.84% on $2,993.78; Claim# 7; Filed: $2,993.78; Reference: Voided on 08/22/12 | 7100-000 | | ! 55.22 | 12,430.87 |
| 08/21/12 | 120 | American Infosource Lp As Agent for Wfnnb | Dividend paid 1.84% on $1,073.23; Claim# 9; Filed: $1,073.23; Reference: Voided on 08/22/12 | 7100-000 | | ! 19.80 | 12,411.07 |
| 08/21/12 | 121 | American Infosource Lp As Agent for Wfnnb | Dividend paid 1.84% on $542.91; Claim# 10; Filed: $542.91; Reference: Voided on 08/22/12 | 7100-000 | | ! 10.01 | 12,401.06 |
| 08/21/12 | 122 | Harris N.A. | Dividend paid 1.84% on $521,868.05; Claim# 11; Filed: $521,868.05; Reference: Voided on 08/22/12 | 7100-000 | | ! 9,626.47 | 2,774.59 |
| 08/21/12 | 123 | sallie mae | Dividend paid 1.84% on $97,175.40; Claim# 12; Filed: $97,175.40; Reference: Voided on 08/22/12 | 7100-000 | | ! 1,792.51 | 982.08 |
| 08/21/12 | 124 | Chase Bank USA, N.A. | Dividend paid 1.84% on $429.16; Claim# 13; Filed: $429.16; Reference: Voided on 08/22/12 | 7100-000 | | ! 7.92 | 974.16 |
| 08/21/12 | 125 | Chase Bank USA, N.A. | Dividend paid 1.84% on $6,118.56; Claim# 15; Filed: $6,118.56; Reference: Voided on 08/22/12 | 7100-000 | | ! 112.86 | 861.30 |
| 08/21/12 | 126 | Chase Bank USA, N.A. | Dividend paid 1.84% on $6,144.76; Claim# 16; Filed: $6,144.76; Reference: Voided on 08/22/12 | 7100-000 | | ! 113.35 | 747.95 |
| 08/21/12 | 127 | Abri Credit Union f/k/a Prairie Trail Credit Union | Dividend paid 1.84% on $1,811.11; Claim# 17; Filed: $1,811.11; Reference: Voided on 08/22/12 | 7100-000 | | ! 33.41 | 714.54 |
| 08/21/12 | 128 | PYOD LLC its successors and assigns Citibank | Dividend paid 1.84% on $18,221.67; Claim# 18; Filed: $18,221.67; Reference: Voided on 08/22/12 | 7100-000 | | ! 336.12 | 378.42 |
| 08/21/12 | 129 | PYOD LLC its successors and assigns Citibank | Dividend paid 1.84% on $935.36; Claim# 19; Filed: $935.36; Reference: | 7100-000 | | ! 17.25 | 361.17 |

Subtotals :    $0.00    $12,280.75

{} Asset reference(s)        !-Not printed or not transmitted        Printed: 12/09/2012 11:40 PM    V.13.04

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-52338 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | MULVEY, THOMAS L | | Bank Name: | The Bank of New York Mellon |
| | MULVEY, KRISTIN L | | Account: | 9200-******71-66 - Checking Account |
| Taxpayer ID #: | **-***6088 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Voided on 08/22/12 | | | | |
| 08/21/12 | 130 | FIA Card Services, NA/Bank of America | Dividend paid   1.84% on $19,132.62; Claim# 20; Filed: $19,132.62; Reference: Voided on 08/22/12 | 7100-000 | | ! 352.92 | 8.25 |
| 08/21/12 | 131 | Deborah K. Ebner | COMBINED SMALL CHECK Voided on 08/22/12 | 7100-000 | | ! 8.25 | 0.00 |
| 08/22/12 | 108 | DEBORAH K. EBNER | Dividend paid 100.00% on $62.18, Trustee Expenses;  Reference: Voided: check issued on 08/21/12 | 2200-000 | | ! -62.18 | 62.18 |
| 08/22/12 | 109 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $925.00, Attorney for Trustee Fees (Trustee Firm);  Reference: Voided: check issued on 08/21/12 | 3110-000 | | ! -925.00 | 987.18 |
| 08/22/12 | 110 | Deborah K. Ebner | Dividend paid 100.00% on $9,065.30, Trustee Compensation;  Reference: Voided: check issued on 08/21/12 | 2100-000 | | ! -9,065.30 | 10,052.48 |
| 08/22/12 | 111 | Joshua D Greene | Dividend paid 100.00% on $5,272.50, Attorney for Trustee Fees (Trustee Firm);  Reference: Voided: check issued on 08/21/12 | 3110-000 | | ! -5,272.50 | 15,324.98 |
| 08/22/12 | 112 | LOIS WEST | Dividend paid 100.00% on $1,587.00, Accountant for Trustee Fees (Other Firm); Reference: Voided: check issued on 08/21/12 | 3410-000 | | ! -1,587.00 | 16,911.98 |
| 08/22/12 | 113 | Joshua D Greene | Dividend paid 100.00% on $228.42, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided: check issued on 08/21/12 | 3120-000 | | ! -228.42 | 17,140.40 |
| 08/22/12 | 114 | Discover Bank | Dividend paid   1.84% on $7,251.11; Claim# 1; Filed: $7,251.11; Reference: Voided: check issued on 08/21/12 | 7100-000 | | ! -133.77 | 17,274.17 |
| 08/22/12 | 115 | FIRST COMMUNITY BANK OF JOLIET | Dividend paid   1.84% on $161,830.87; Claim# 3; Filed: $161,830.87; Reference: Voided: check issued on 08/21/12 | 7100-000 | | ! -2,985.16 | 20,259.33 |
| 08/22/12 | 116 | Chase Bank USA, N.A. | Dividend paid   1.84% on $3,618.88; Claim# 4; Filed: $3,618.88; Reference: Voided: check issued on 08/21/12 | 7100-000 | | ! -66.75 | 20,326.08 |
| 08/22/12 | 117 | American InfoSource LP as agent for Citibank N.A. | Dividend paid   1.84% on $546.35; Claim# 5; Filed: $546.35; Reference: Voided: check issued on 08/21/12 | 7100-000 | | ! -10.08 | 20,336.16 |
| 08/22/12 | 118 | Capital One Bank (USA), N.A. | Dividend paid   1.84% on $7,901.20; Claim# 6; | 7100-000 | | ! -145.75 | 20,481.91 |

Subtotals :         $0.00        $-20,120.74

{} Asset reference(s)         !-Not printed or not transmitted         Printed: 12/09/2012 11:40 PM       V.13.04

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 10-52338
**Case Name:** MULVEY, THOMAS L
MULVEY, KRISTIN L
**Taxpayer ID #:** **-***6088
**Period Ending:** 12/09/12

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******71-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $7,901.20; Reference:<br>Voided: check issued on 08/21/12 | | | | |
| 08/22/12 | 119 | Capital One Bank (USA), N.A. | Dividend paid   1.84% on $2,993.78; Claim# 7; Filed: $2,993.78; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -55.22 | 20,537.13 |
| 08/22/12 | 120 | American Infosource Lp As Agent for Wfnnb | Dividend paid   1.84% on $1,073.23; Claim# 9; Filed: $1,073.23; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -19.80 | 20,556.93 |
| 08/22/12 | 121 | American Infosource Lp As Agent for Wfnnb | Dividend paid   1.84% on $542.91; Claim# 10; Filed: $542.91; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -10.01 | 20,566.94 |
| 08/22/12 | 122 | Harris N.A. | Dividend paid   1.84% on $521,868.05; Claim# 11; Filed: $521,868.05; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -9,626.47 | 30,193.41 |
| 08/22/12 | 123 | sallie mae | Dividend paid   1.84% on $97,175.40; Claim# 12; Filed: $97,175.40; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -1,792.51 | 31,985.92 |
| 08/22/12 | 124 | Chase Bank USA, N.A. | Dividend paid   1.84% on $429.16; Claim# 13; Filed: $429.16; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -7.92 | 31,993.84 |
| 08/22/12 | 125 | Chase Bank USA, N.A. | Dividend paid   1.84% on $6,118.56; Claim# 15; Filed: $6,118.56; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -112.86 | 32,106.70 |
| 08/22/12 | 126 | Chase Bank USA, N.A. | Dividend paid   1.84% on $6,144.76; Claim# 16; Filed: $6,144.76; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -113.35 | 32,220.05 |
| 08/22/12 | 127 | Abri Credit Union f/k/a Prairie Trail Credit Union | Dividend paid   1.84% on $1,811.11; Claim# 17; Filed: $1,811.11; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -33.41 | 32,253.46 |
| 08/22/12 | 128 | PYOD LLC its successors and assigns Citibank | Dividend paid   1.84% on $18,221.67; Claim# 18; Filed: $18,221.67; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -336.12 | 32,589.58 |
| 08/22/12 | 129 | PYOD LLC its successors and assigns Citibank | Dividend paid   1.84% on $935.36; Claim# 19; Filed: $935.36; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -17.25 | 32,606.83 |
| 08/22/12 | 130 | FIA Card Services, NA/Bank of America | Dividend paid   1.84% on $19,132.62; Claim# 20; Filed: $19,132.62; Reference:<br>Voided: check issued on 08/21/12 | 7100-000 | | ! -352.92 | 32,959.75 |
| 08/22/12 | 131 | Deborah K. Ebner | COMBINED SMALL CHECK | 7100-000 | | ! -8.25 | 32,968.00 |

Subtotals :          $0.00          $-12,486.09

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 12/09/2012 11:40 PM     V.13.04

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 10-52338  
**Case Name:** MULVEY, THOMAS L  
MULVEY, KRISTIN L  
**Taxpayer ID #:** **-***6088  
**Period Ending:** 12/09/12

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 08/21/12 | | | | |
| 08/22/12 | 132 | Deborah K. Ebner | Dividend paid 100.00% on $9,065.30, Trustee Compensation;  Reference: Re-issued Voided on 08/22/12 | 2100-000 | | ! 9,065.30 | 23,902.70 |
| 08/22/12 | 132 | Deborah K. Ebner | Dividend paid 100.00% on $9,065.30, Trustee Compensation;  Reference: Re-issued Voided: check issued on 08/22/12 | 2100-000 | | ! -9,065.30 | 32,968.00 |
| 08/22/12 | 133 | Joshua D Greene | Dividend paid 100.00% on $5,272.50, Attorney for Trustee Fees (Trustee Firm);  Reference: Re-issued Voided on 08/22/12 | 3110-000 | | ! 5,272.50 | 27,695.50 |
| 08/22/12 | 133 | Joshua D Greene | Dividend paid 100.00% on $5,272.50, Attorney for Trustee Fees (Trustee Firm);  Reference: Re-issued Voided: check issued on 08/22/12 | 3110-000 | | ! -5,272.50 | 32,968.00 |
| 08/22/12 | 134 | LOIS WEST | Dividend paid 100.00% on $1,587.00, Accountant for Trustee Fees (Other Firm); Reference: Re-issued Voided on 08/22/12 | 3410-000 | | ! 1,587.00 | 31,381.00 |
| 08/22/12 | 134 | LOIS WEST | Dividend paid 100.00% on $1,587.00, Accountant for Trustee Fees (Other Firm); Reference: Re-issued Voided: check issued on 08/22/12 | 3410-000 | | ! -1,587.00 | 32,968.00 |
| 08/22/12 | 135 | Joshua D Greene | Dividend paid 100.00% on $228.42, Attorney for Trustee Expenses (Trustee Firm); Reference: Re-issued Voided on 08/22/12 | 3120-000 | | ! 228.42 | 32,739.58 |
| 08/22/12 | 135 | Joshua D Greene | Dividend paid 100.00% on $228.42, Attorney for Trustee Expenses (Trustee Firm); Reference: Re-issued Voided: check issued on 08/22/12 | 3120-000 | | ! -228.42 | 32,968.00 |
| 08/22/12 | 136 | DEBORAH K. EBNER | Dividend paid 100.00% on $62.18, Trustee Expenses;  Reference: | 2200-000 | | 62.18 | 32,905.82 |
| 08/22/12 | 137 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $400.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 400.00 | 32,505.82 |
| 08/22/12 | 138 | Deborah K. Ebner | Dividend paid 100.00% on $9,065.30, Trustee Compensation;  Reference: | 2100-000 | | 9,065.30 | 23,440.52 |
| 08/22/12 | 139 | Joshua D Greene | Dividend paid 100.00% on $5,272.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,272.50 | 18,168.02 |

Subtotals :         $0.00         $14,799.98

{} Asset reference(s)         !-Not printed or not transmitted         Printed: 12/09/2012 11:40 PM    V.13.04

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 10-52338  
**Case Name:** MULVEY, THOMAS L  
MULVEY, KRISTIN L  
**Taxpayer ID #:** **-***6088  
**Period Ending:** 12/09/12  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/12 | 140 | LOIS WEST | Dividend paid 100.00% on $1,587.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,587.00 | 16,581.02 |
| 08/22/12 | 141 | Joshua D Greene | Dividend paid 100.00% on $228.42, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 228.42 | 16,352.60 |
| 08/22/12 | 142 | Discover Bank | Dividend paid 1.90% on $7,251.11; Claim# 1; Filed: $7,251.11; Reference: | 7100-000 | | 138.19 | 16,214.41 |
| 08/22/12 | 143 | FIRST COMMUNITY BANK OF JOLIET | Dividend paid 1.90% on $161,830.87; Claim# 3; Filed: $161,830.87; Reference: | 7100-000 | | 3,084.18 | 13,130.23 |
| 08/22/12 | 144 | Chase Bank USA, N.A. | Dividend paid 1.90% on $3,618.88; Claim# 4; Filed: $3,618.88; Reference: | 7100-000 | | 68.97 | 13,061.26 |
| 08/22/12 | 145 | American InfoSource LP as agent for Citibank N.A. | Dividend paid 1.90% on $546.35; Claim# 5; Filed: $546.35; Reference: | 7100-000 | | 10.41 | 13,050.85 |
| 08/22/12 | 146 | Capital One Bank (USA), N.A. | Dividend paid 1.90% on $7,901.20; Claim# 6; Filed: $7,901.20; Reference: | 7100-000 | | 150.58 | 12,900.27 |
| 08/22/12 | 147 | Capital One Bank (USA), N.A. | Dividend paid 1.90% on $2,993.78; Claim# 7; Filed: $2,993.78; Reference: | 7100-000 | | 57.06 | 12,843.21 |
| 08/22/12 | 148 | American Infosource Lp As Agent for Wfnnb | Dividend paid 1.90% on $1,073.23; Claim# 9; Filed: $1,073.23; Reference: | 7100-000 | | 20.45 | 12,822.76 |
| 08/22/12 | 149 | American Infosource Lp As Agent for Wfnnb | Dividend paid 1.90% on $542.91; Claim# 10; Filed: $542.91; Reference: | 7100-000 | | 10.35 | 12,812.41 |
| 08/22/12 | 150 | Harris N.A. | Dividend paid 1.90% on $521,868.05; Claim# 11; Filed: $521,868.05; Reference: | 7100-000 | | 9,945.78 | 2,866.63 |
| 08/22/12 | 151 | sallie mae | Dividend paid 1.90% on $97,175.40; Claim# 12; Filed: $97,175.40; Reference: | 7100-000 | | 1,851.97 | 1,014.66 |
| 08/22/12 | 152 | Chase Bank USA, N.A. | Dividend paid 1.90% on $429.16; Claim# 13; Filed: $429.16; Reference: | 7100-000 | | 8.18 | 1,006.48 |
| 08/22/12 | 153 | Chase Bank USA, N.A. | Dividend paid 1.90% on $6,118.56; Claim# 15; Filed: $6,118.56; Reference: | 7100-000 | | 116.61 | 889.87 |
| 08/22/12 | 154 | Chase Bank USA, N.A. | Dividend paid 1.90% on $6,144.76; Claim# 16; Filed: $6,144.76; Reference: | 7100-000 | | 117.11 | 772.76 |
| 08/22/12 | 155 | Abri Credit Union f/k/a Prairie Trail Credit Union | Dividend paid 1.90% on $1,811.11; Claim# 17; Filed: $1,811.11; Reference: | 7100-000 | | 34.52 | 738.24 |
| 08/22/12 | 156 | PYOD LLC its successors and assigns Citibank | Dividend paid 1.90% on $18,221.67; Claim# 18; Filed: $18,221.67; Reference: | 7100-000 | | 347.27 | 390.97 |
| 08/22/12 | 157 | PYOD LLC its successors and assigns Citibank | Dividend paid 1.90% on $935.36; Claim# 19; Filed: $935.36; Reference: | 7100-000 | | 17.83 | 373.14 |
| 08/22/12 | 158 | FIA Card Services, NA/Bank of | Dividend paid 1.90% on $19,132.62; Claim# | 7100-000 | | 364.63 | 8.51 |

Subtotals : $0.00 $18,159.51

{} Asset reference(s)                                                                                                                                         Printed: 12/09/2012 11:40 PM        V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 10-52338  
**Case Name:** MULVEY, THOMAS L  
              MULVEY, KRISTIN L  
**Taxpayer ID #:** **-***6088  
**Period Ending:** 12/09/12

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******71-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | America | 20; Filed: $19,132.62; Reference: | | | | |
| 08/22/12 | 159 | Deborah K. Ebner | COMBINED SMALL CHECK<br>Voided on 08/22/12 | 7100-000 | | 8.51 | 0.00 |
| 08/22/12 | 159 | Deborah K. Ebner | COMBINED SMALL CHECK<br>Voided: check issued on 08/22/12 | 7100-000 | | -8.51 | 8.51 |
| 08/22/12 | 160 | TARGET NATIONAL BANK | | 7100-000 | | 2.97 | 5.54 |
| 08/22/12 | 161 | American InfoSource LP as agent for Citibank N.A. | | 7100-000 | | 1.79 | 3.75 |
| 08/22/12 | 162 | Chase Bank USA, N.A. | | 7100-000 | | 3.75 | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 116,031.00 | 116,031.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 116,031.00 | 116,031.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$116,031.00** | **$116,031.00** | |

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******71-66** | 116,031.00 | 116,031.00 | 0.00 |
| | $116,031.00 | $116,031.00 | $0.00 |

{} Asset reference(s)         Printed: 12/09/2012 11:40 PM    V.13.04